United States District Court
for the
Eastern District of Washington

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
|  | ) |  |
| v. | ) | Case No. 2:18-MJ-00315-JTR |
|  | ) |  |
| Guadalupe VALDOVINOS-MENDOZA | ) |  |

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 06, 2018

SEAN F. McAVOY, CLERK

## CRIMINAL COMPLAINT

I, Jason Johnson, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of November 2, 2018, in the county of Okanogan in the Eastern District of Washington, the defendant(s) violated:

*Code Section*  *Offense Description*
8 U.S.C. § 1326  Alien in the United States After Deportation

This complaint is based on these facts:

On or about November 2, 2018, Guadalupe VALDOVINOS-MENDOZA, a citizen and national of Mexico, who had theretofore on or about May 31, 2012, been removed from the United States at Del Rio, Texas, was found in the United States by United States Border Patrol Agent Michael McIsaac, in Okanogan County, Washington, within the Eastern District of Washington. Guadalupe VALDOVINOS-MENDOZA did not have the expressed consent of the Attorney General, or his successor, or the Secretary of the Department of Homeland Security to apply for re-entry into the United States.

I further state that I am a United States Border Patrol Agent and that this complaint is based on the following facts: I have personal knowledge that based upon the documents contained in the alien file Guadalupe VALDOVINOS-MENDOZA is a citizen and national of Mexico who was arrested, ordered removed, and subsequently removed from the United States, on May 31, 2012, at Del Rio, Texas. Furthermore, I personally spoke with Border Patrol Agent Michael McIsaac who informed me he had placed the defendant, Guadalupe VALDOVINOS-MENDOZA, under arrest in Okanogan County on November 2, 2018.

I have personally spoken to Agent Daniel Marshall who informed me he had entered Guadalupe VALDOVINOS-MENDOZA's fingerprints into the IAFIS Fingerprint System and based upon the results of the fingerprint comparisons, the defendant Guadalupe VALDOVINOS-MENDOZA, was positively identified by the IAFIS Fingerprint System to be the same person who was removed to Mexico on May 31, 2012, at Del Rio, Texas, and identified Guadalupe VALDOVINOS-MENDOZA. Based on my knowledge as foresaid, the Attorney General, or his successor, or the Secretary of the Department of Homeland Security has not approved the Defendant for re-admission into the United States.

☐ Continued on the attached sheet.

_____
Jason Johnson, United States Border Patrol Agent

Sworn to before me telephonically and signed electronically:

Date: 11-6-18



_____
John T. Rodgers, United States Magistrate Judge

City and state: Spokane, Washington